UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE TERRY LANGLEY,<br><br>               Plaintiff,<br><br>      v.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>               Defendant. | No.  1:14-CV-3069-SMJ<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLAIM FOR ATTORNEY'S FEES** |

Before the Court, without oral argument, is Defendant's Motion to Dismiss Plaintiff's Claim for Attorney's Fees. ECF No. 34. Plaintiff's Complaint, ECF No. 1-2 at ¶ 8.3, includes a claim for attorney's fees pursuant to *Olympic Steamship*. The parties agree that fees under *Olympic Steamship* are only permissible when the insurer denied coverage. Here the value of the R.V., and not coverage, is at issue. Accordingly, Plaintiff may not recover fees pursuant to *Olympic Steamship*.

Accordingly, **IT IS HEREBY ORDERED**:

    **1.**    Defendant's Motion to Dismiss Plaintiff's Claim for Attorney's Fees, **ECF No. 34**, is **GRANTED.**

ORDER **-** 1

2. Plaintiff's claim for attorney fees pursuant to *Olympic Steamship* is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 5th day of December 2014.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2014\Langley v. Geico-3069\grant.dismiss.fees.lc1.docx

ORDER - 2