The Honorable Judge Salvador Mendoza
Hearing Date: May 1, 2015
Trial Date: August 17, 2015

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE TERRY LANGLEY,<br><br>　　　　　Plaintiff,<br>　v.<br>GEICO GENERAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | No. 1:14-cv-03069-SMJ<br><br>**DECLARATION OF JONATHAN R. MISSEN IN SUPPORT OF GEICO GENERAL INSURANCE COMPANY'S MOTION TO COMPEL APPRAISAL OF PLAINTIFF'S LOSS OF USE**<br><br>**NOTE ON MOTION CALENDAR: May 1, 2015** |

I, Jonathan R. Missen, make the following declaration certified to be true under penalty of perjury of the laws of the United States, 28 U.S.C. 1746:

1. I am over eighteen years of age, competent to testify in this matter, and this declaration is based on direct personal knowledge.

No. 1:14-cv-03069-SMJ
DECLARATION OF JONATHAN R. MISSEN– 1
P:\FILES\Langley, George  13168\Pleadings\Dec of JRM Re Loss of Use Appraisal.doc

COLE | WATHEN | LEID | HALL, P.C.
303 Battery Street
Seattle, Washington  98121-1419
(206) 622-0494/Fax (206) 587-2476

2. Attached as **Exhibit A** is a true and correct copy of a report generated by plaintiff's damages expert/appraiser David Smith detailing damages in excess of $156,039.82.

3. Attached as **Exhibit B** is a true and correct copy of a letter sent to plaintiff's counsel requesting appraisal of plaintiff's alleged loss of use damages dated April 17, 2015.

DATED this 24th day of April, 2015, in Seattle, Washington.

**COLE | WATHEN | LEID | HALL, P.C.**

/s/Jonathan R. Missen
Jonathan R. Missen, WSBA #42689
Attorney for Defendant Geico
303 Battery Street
Seattle, WA 98121-1419
T: 206-622-0494 / F: 206-587-2476
jmissen@cwlhlaw.com

No. 1:14-cv-03069-SMJ
DECLARATION OF JONATHAN R. MISSEN– 2
P:\FILES\Langley, George 13168\Pleadings\Dec of JRM Re Loss of Use Appraisal.doc

COLE | WATHEN | LEID | HALL, P.C.
303 Battery Street
Seattle, Washington 98121-1419
(206) 622-0494/Fax (206) 587-2476

## CERTIFICATE OF SERVICE

The undersigned makes the following declaration certified to be true under penalty of perjury pursuant to RCW 9A.72.085:

On the date given below, I hereby certify that I caused the foregoing to be filed using the United States District Court for Eastern District of Washington – Document Filing System (CM/ECF) and a true and correct copy to be delivered on the following in the manner indicated:

| | |
|---|---|
| **Plaintiff Counsel**<br>David B. Trujillo<br>Law Offices of David B. Trujillo<br>4702A Tieton Drive<br>Yakima, WA 98908<br>(509) 972-3838<br>WSBA #25580 | [ ] Via Fax (509) 972-3841<br>[ ] Via ABC Legal Messenger<br>[ ] Via Email tdtrujillo@Yahoo.com<br>[ ] By Depositing Into U.S. Mail 1st Class Postage Pre-Paid<br>[X] Via ECF/Electronic Court Filing |
| **Plaintiff Counsel**<br>Kirk D. Miller<br>Kirk D. Miller, P.S.<br>421 W. Riverside Ave., Ste. 704<br>Spokane, WA 99201<br>(509) 413-1494<br>WSBA # 40025 | [ ] Via Fax<br>[ ] Via ABC Legal Messenger<br>[ ] Via Email kmiller@millerlawspokane.com<br>[ ] By Depositing Into U.S. Mail 1st Class Postage Pre-Paid<br>[X] Via ECF/Electronic Court Filing |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct

Executed this 24th day of April, 2015, at Seattle, Washington.

**COLE | WATHEN | LEID | HALL, P.C.**

/s/ Tami L. Foster

Tami L. Foster, Legal Assistant
303 Battery Street
Seattle, WA 98121-1419
T: 206-622-0494 / F: 206-587-2476
tfoster@cwlhlaw.com

---

No. 1:14-cv-03069-SMJ
DECLARATION OF JONATHAN R. MISSEN– 3
P:\FILES\Langley, George 13168\Pleadings\Dec of JRM Re Loss of Use Appraisal.doc

COLE | WATHEN | LEID | HALL, P.C.
303 Battery Street
Seattle, Washington 98121-1419
(206) 622-0494/Fax (206) 587-2476