**Exhibit A**

## Auto Damage ExpertsLoss of Use Evaluation:

**Owner: George Terry Langley**

**Claim #: 0442299700101011**

**Loss Vehicle: 2007 Beaver Patriot Thunder 45**

It was requested that the undersigned perform research and opine to the fair market value of lost usage by measuring the going fair market rates charged for usage of a temporary substitute vehicle comparable to that of the subject vehicle for the period of time in which the subject vehicle was not available for use by Mr. Langley from the date of loss June 10th 2013 through February 19th 2014 when an offer was finally made. The total number of days between Monday, June 10th and Wednesday, February 19th, 2014 is 254 days.

Several local sources were contacted and the following information was obtained.

1. RV Share 2006 40' Itasca Ellipse Oldtown, ID
Daily Rate $519.00 Plus mileage, fees and deposits

2. RV Share 2006 40' Fleetwood Evolution Stanley, ID
Daily Rate $525.00 Plus mileage, fees and deposits

3. RV Share 2009 45' Newmar Essex Prineville, OR
Daily Rate $799.00 Plus mileage, fees and deposits

The rates quoted ranged from $519.00 to $799.00 per day for a similar sized coach. We were able to locate three comparable coaches that range in size and feature list:

**Average Daily rate with three comparable rates including new and used comparable RV's : $614.33 plus fees including cleaning fee, generator usage fees as well as mileage.**

**$614.33 multiplied by 254 days is a total of $156,039.82**

The daily rate applies unless the insurer informed the customer in advance how long Mr. Langley would have to wait which would have allowed the customer to commit to a longer period and then negotiate for the discount given for such longer commitments.

Should there be any questions regarding this matter please call our office at 503-642-4259.

David Smith
Auto Damage Experts

503-642-4259
David@autodamageexperts.com

