**Exhibit B**

| | | |
|---|---|---|
| MARK S. COLE<br>RICK J WATHEN<br>RORY W. LEID, III<br>RYAN J. HALL *<br>◊<br>JENNIFER P. DINNING<br>KIMBERLY L. RIDER<br>JEREMY M. ZENER<br>JENNIFER E. ARAGON<br>TIMOTHY T. PARKER<br>A. ELYSE O'NEILL<br>JONATHAN R. MISSEN | **COLE | WATHEN | LEID | HALL, P.C.**<br>303 Battery Street<br>Seattle, WA 98121-1419<br>----------<br>Telephone (206) 622-0494<br>Toll free (888) 622-0494<br>Fax (206) 587-2476<br>Website: cwlhlaw.com | FRED G. CLARKE, 1879 - 1945<br>GEORGE H. BOVINGDON, 1906 - 1988<br>GEORGE G. BOVINGDON, 1934 - 1995<br>FRED G. (TED) CLARKE, JR., 1911 - 2000<br>GEORGE W. CLARKE 1906 - 2006<br>◊<br>*Also Licensed in Oregon* |

April 17, 2015

*Via E-Mail and U.S. Mail*

David Trujillo
4702A Tieton Drive
Yakima, Washington 98908
tdtrujillo@yahoo.com

Kirk D. Miller
Kirk D. Miller, P.S.
421 W. Riverside Ave., Ste. 704
Spokane, WA 99201
kmiller@millerlawspokane.com

Re:  Insured          :  Langley, George
     Insuring Entity  :  GEICO General Insurance Company
     Date of Loss     :  06/10/2013
     Claim No.        :  0442299700101011
     Our File No      :  13168

Dear Messrs Trujillo & Miller:

As you are aware, your client is making a claim for the full value that he allegedly paid for the vehicle, and a claim for loss of use of his vehicle. According to Mr. Smith's loss of use report provided at his deposition on January 9, 2015, plaintiff is claiming at least $156,039.82 in loss of use damages. GEICO does not agree with this loss of use valuation. Based upon the fact that there is a dispute regarding the amount owed to your client, GEICO is requesting appraisal of the loss of use claim in addition to the value of the vehicle pursuant to policy.

Please let us know by Tuesday, April 21, 2015, whether or not this is agreeable. Otherwise, we will move to compel appraisal.

Sincerely,

COLE | WATHEN | LEID | HALL, P.C.

Jonathan R. Missen

JRM/ns
P:\FILES\Langley, George 13168\Correspondence\Trujillo and Miller011.doc