FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE TERRY LANGLEY,<br><br>    Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>    Defendant. | No.  1:14-CV-3069-SMJ<br><br>**ORDER DENYING MOTION TO RECONSIDER, MOTION TO EXPEDITE, AND MOTION TO STAY** |

Before the Court, without oral argument, is Defendant GEICO's Motion to Reconsider, ECF No. 231, Motion to Expedite, ECF No. 233, and Motion to Stay Discovery, ECF No. 234. The Plaintiff asked the Court to reconsider its rulings denying Defendant's Motion to Quash Subpoena of Mr. Rory W. Lied, and the order permitting the deposition of Mr. Lied or a second Fed. R. Civ. P. 30(b)(6) deposition. Having reviewed the pleadings and the file in this matter, the Court is fully informed and DENIES Defendant's motion to reconsider, GRANTS its motion to expedite, and DENIES its motion to stay discovery. The Court expects the Defendant to promptly comply with the Courts previous orders without further delay.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Plaintiff's Motion to Reconsider, **ECF No. 231**, **is DENIED**

**2.** Plaintiff's Motion to Expedite, **ECF No. 233, is GRANTED**.

**3.** Plaintiff's Motion to Stay Discovery, **ECF No. 234, is DENIED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 24th day of May 2016.

*[signature]*

SALVADOR MENDOZA, JR.
United States District Judge