# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

George Terry Langley

    *Plaintiff*

v.

GEICO General Insurance Company

    *Defendant*

Civil Action No. 1:14-CV-03069-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Judgment on Partial Findings Regarding Insurance Fair Conduct Act Claim, ECF No. 291, DENIED.
Defendant's Rule 52(c) Motion for Judgment Dismissing Plaintiff's Claim for Injunctive Relief, ECF No. 292, GRANTED.
Plaintiff awarded $621,808.92 in damages, plus costs, against Defendant GEICO General Insurance Co.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge  Salvador Mendoza, Jr.  without a jury and the above decision was reached.

☐ decided by Judge _____ in

Date:  12/20/16

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler