AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

GEORGE TERRY LANGLEY,

    *Plaintiff*

v.

GEICO GENERAL INSURANCE COMPANY,

    *Defendant*

Civil Action No.  1:14-CV-3069-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Award of Attorney's Fees and Costs (ECF No. 311) is GRANTED. Judgment is entered in favor of Plaintiff in the amount of $540,255.00 in fees, and $31,399.27 in costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvador Mendoza, Jr.  on a Motion for Award of Attorney's Fees and Costs.

Date:  April 5, 2017

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
    *(By) Deputy Clerk*

Penny Lamb